IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF QATAR NATIONAL BANK (Q.P.S.C.) AND QATAR CHARITY FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | 1:24−mc−00035−LLA |

## DECLARATION OF ROBERT F. SERIO

I, Robert F. Serio, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury, that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York (D.C. *Pro Hac Vice Pending*). I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Respondent Perles Law Firm ("Perles") in the above-captioned matter. I make this declaration in support of Perles's Opposition to the Ex Parte Application and Petition for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (the "Application") filed by Qatar National Bank (Q.P.S.C.) ("QNB") and Qatar Charity ("QC") (collectively, the "Petitioners"). Dkt. No. 4. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the June 6, 2023 Confidentiality Order entered in *Sotloff v. Qatar Charity, et al.*, No. 22-cv-80726 (S.D. Fla.) (Middlebrooks, J.) (the "Sotloff Action) ("Confidentiality Order").

3. Attached hereto as Exhibit B is a true and correct copy of the June 6, 2023 Order regarding motions for confidentiality order entered in the Sotloff Action ("Florida District Court Order").

4. Attached hereto as Exhibit C is a true and correct printout of an article in *Times of Israel*, dated September 3, 2014, accessed on the *Times of Israel* website on or around April 11, 2024.

5. Attached hereto as Exhibit D is a true and correct printout of an article in the *New York Times*, dated January 22, 2018, accessed on the *New York Times* website on or around April 2, 2024.

6. Attached hereto as Exhibit E is a true and correct printout of an article in *Law360*, dated April 13, 2022, accessed on the *Law360* website on or around April 2, 2024.

7. Attached hereto as Exhibit F is a true and correct printout of an article in *The Times*, dated June 4, 2021, accessed on the Gale database on or around April 9, 2024.

8. Attached hereto as Exhibit G is a true and correct printout of an article in the *Washington Post*, dated October 26, 2023, accessed on the *Washington Post* website on or around April 2, 2024.

9. Attached hereto as Exhibit H is a true and correct printout of the transcript of an interview of Hamid bin Jassim bin Jaber Al Thani by Charlie Rose, dated June 12, 2017, accessed on the *Charlie Rose* website on or around April 9, 2024.

10. Attached hereto as Exhibit I is a true and correct copy of the certified transcript of the June 8, 2023 hearing before Southern District of Florida Magistrate Judge William Matthewman in the Sotloff Action ("Confidentiality Hearing Transcript").

11. Attached hereto as Exhibit J is a true and correct copy of the June 21, 2023 motion for a confidentiality order filed by the Plaintiffs in the Sotloff Action.

12. Attached hereto as Exhibit K is a true and correct copy of the June 21, 2023 motion for a confidentiality order filed by Petitioners while Defendants in the Sotloff Action.

13. Attached hereto as Exhibit L is a true and correct copy of the November 11, 2020 judgment in the matter of *BB & Ors. v. Al Khayyat, et. al.* [2020] EWHC 3567 (QB) (Eng.).

14. Attached hereto as Exhibit M is a true and correct printout of an article in *The Guardian*, dated November 11, 2020, accessed on *The Guardian* website on or around April 9, 2024.

15. Attached hereto as Exhibit N is a true and correct printout of a table of United States District Court caseloads, accessed on the United States Courts website on or around April 9, 2024.

Executed on this 17th day of April 2024 in New York, N.Y.

_____
Robert F. Serio