**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE APPLICATION OF QATAR
NATIONAL BANK AND QATAR
CHARITY FOR AN ORDER TO TAKE
DISCOVERY FOR USE IN FOREIGN
PROCEEDINGS PURSUANT TO
28 U.S.C. § 1782

Misc. Action No. 24-35 (LLA)

<u>**ORDER AUTHORIZING DISCOVERY**</u>

Upon consideration of the Application and Petition for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (the "Application"), submitted by Petitioners Qatar National Bank (Q.P.S.C.) ("QNB") and Qatar Charity ("QC") (collectively, the "Petitioners), and all papers submitted in support thereof, this court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore **ORDERED** that:

a)  the Application is granted;

b)  Petitioners are authorized to serve the subpoenas annexed as Exhibit 2 to the declaration of Douglas Hallward-Driemeier upon Perles Law Firm, P.C. ("Respondent" or the "Perles Firm");

c)  Petitioners are authorized to use any evidence obtained pursuant to the subpoenas in any additional proceeding arising out of the same facts or transactions underlying Petitioners' Application; and

d) Respondent is directed to respond to the subpoenas pursuant to the Federal Rules

of Civil Procedure and this court's Local Civil Rules.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:  February 10, 2025