# EXHIBIT A

\* \* \*

## Certificate of Translation

I, Gregory Jackson, am competent from having studied law at the University of Paris – Sorbonne and having worked full-time freelance and at law firms for 15+ years as a French to English legal translator and certify that the translation of the attached Police Report of Initial Infraction PV No. ███████████ is true and accurate to the best of my ability.

_____  
Signature of Translator

Gregory Jackson  
Printed Name of Translator

117 East 39th St., New York, NY 10016  
Address of Translator

+1 323 823 7360  
Translator's phone number

November 13, 2025  
Date

```
JAMIE K LIU
Notary Public - State of New York
NO. 01LI6369596
Qualified in Queens County
My Commission Expires Jan 16, 2026
```

11/13/2025

| | | |
|---|---|---|
| FRENCH REPUBLIC<br>MINISTRY OF THE INTERIOR, OVERSEAS TERRITORIAL COLLECTIVES<br>DIRECTORATE GENERAL OF THE NATIONAL POLICE<br>POLICE PREFECTURE OF PARIS<br>-----------<br>CSP OF THE 8TH ARRONDISSEMENT OF PARIS<br>DTSP75<br>1. AVENUE OF GENERAL EISENHOWER<br>75008 PARIS<br>Tel.: 3430<br>Fax: 01 42 26 90 02 | **REPORT**<br><br>**ON INITIAL INFRACTION**<br>REPORT No. ▮▮▮▮▮▮ | F – VICTIM/DECLARING PARTY |

| | |
|---|---|
| INSEE Code: ▮▮▮ | |
| **VICTIM** | ▮▮▮▮▮ |
| | Born on ▮▮▮▮ in DAMASCUS (SYRIA) of SYRIAN NATIONALITY, ▮▮▮▮▮<br>Residing: ▮▮▮▮▮<br>Residence Telephone: ▮▮▮▮<br>Electronic communication requested: NO |
| **Harm** | Looting:   Damages : To be Evaluated   Harm: |
| **INFRACTION(S)** | **CAR THEFT (7871F)**<br>**REPEATED DEATH THREATS (7900)** |
| **FACT** | |
| Date/Place | On 08/08/2023 between 7:05 p.m. and 7:30 p.m. (TUESDAY)<br>▮▮▮▮▮<br>Specifics: Across from ▮▮▮▮▮<br>Nature of the location: PUBLIC STREET |
| Vehicle | PRIVATE AUTOMOBILE, brand ▮▮▮ , model ▮▮ , color ▮▮▮ registered ▮▮▮▮ in FRANCE |
| Persons seen | none |
| Manner of operation | |
| Cell phone | |
| **SUBJECT:** | Document(s): 1, Object(s) multimedia: 2, Lot(s) various: 1. |
| | --- Document(s): 1 "TRAVEL DOCUMENT FOR REFUGEE", qualifying: STOLEN, nationality of document: SYRIAN, Number: ▮▮▮▮ , in the name of ▮▮▮▮ born on ▮▮▮ in DAMASCUS (SYRIA), residing ▮▮▮▮ . Issued on ▮▮▮ by ▮▮▮ in ▮▮▮ |
| | --- Object(s) multimedia: 1 "PORTABLE COMPUTER", qualifying: STOLEN, Brand: APPLE, Model: MAC BOOK, Number: ▮▮▮▮ |
| | --- Object(s) multimedia : 1 "HARD DRIVE", qualifying: STOLEN, Brand: FUDJI |
| | --- Lot(s) various: STOLEN, Specifics: PAPER DOCUMENTS |

| | |
|---|---|
| **REPORT: No.** ▮▮▮▮<br><br>Case against X<br><br>Documents appended:<br>Sealed: no<br><br>Transmitted to the Public Prosecutor of Paris<br>Servane LAGEZE<br>POLICE COMMISSIONER<br>On: | **REPORT**<br>In the year two thousand twenty-three,<br>On August nine, at one forty-three p.m.<br><br>We, STEPHANIE CHOEUR<br>PEACE OFFICER<br>In office at Central Police Station Paris 08<br><br>JUDICIAL POLICE OFFICER in residence at Paris 08<br><br>---While on duty,---<br>---Acting in accordance with the standing instructions received from Ms. Alice KOIRAN, Police Commissioner in charge of SAIP 08, the territorially competent Judicial Police Officer,---<br>---We note that the above-named person has presented themselves to us who |

Case 1:24-mc-00035-LLA   Document 31-1   Filed 01/20/26   Page 4 of 13

Contd. Report No. ▮▮▮▮▮ ..... of 08/09/2023     COMPLAINT     Page 2 / 5

he declared to us that he had been the victim of theft from a car and receiving death threats, under the circumstances of place and time mentioned above, accompanied by ▮▮▮▮, born on ▮▮▮▮ in ▮▮▮▮ residing at ▮▮▮▮ telephone number: ▮▮▮▮

--- Therefore, acting in a situation of flagrante delicto,---
--- Having regard to Articles 53 and following, of the Code of Criminal Procedure,---
--- We hear ▮▮▮▮ who declares to us:---

**REGARDING THE FACTS:**

--- "In order to file this complaint, I am accompanied by my friend, ▮▮▮▮ who is providing the translation,...
--- Yesterday, on August 8, 2023, around 11:00 a.m., I parked my ▮▮▮▮ vehicle, model ▮▮, license plate ▮▮▮▮ in front of 48 rue de Lisbonne in PARIS 08, in a parking space reserved for disabled people, while I went to a meeting at the law firm ▮▮▮▮ located at ▮▮▮▮ ---
--- I specify that I went to this firm to provide evidence for a trial that recently opened in the UNITED STATES (WASHINGTON) about a month ago, in which I will be summoned at the end of 2023 as a witness concerning the death of an American journalist, namely STEVEN SOTLOFF, ---
--- The evidence I am referring to was in my bag; it consists of documents with the personal contact information of two witnesses who will also be attending this trial, as well as my APPLE laptop, MACBOOK model, serial number: ▮▮▮▮ and an external hard drive (serial number unknown), ---
--- At the end of this meeting, around At 7:05 PM, I went to my car. I was accompanied by a friend, ▮▮▮▮ born on ▮▮▮▮ in ▮▮▮▮ residing at ▮▮▮▮ telephone number: ▮▮▮▮ also a witness in this trial. ---
--- I placed the bag on the back seat on the driver's side because I was going to walk my friend back to ▮ hotel (▮▮▮▮), and I didn't want to walk in the street with it. ---
--- Finally, on the way, we decided to go to my office located at ▮▮▮▮ to meet a mutual friend, so we went back to the car. ---
--- About 25 minutes later, when we arrived at the car, I noticed that the front passenger door had been forced open, and that the bag containing the aforementioned items was no longer there. ---
--- I would like to specify that the bag also contained my refugee travel document. ---
--- I thought I might have put it in the trunk of the car, so I went to open it and there I saw a note left in the middle with the equivalent of "be careful" written in Arabic. ---
--- I am providing you with a photo of this note (VIEWED AND ATTACHED). ---
--- I would like to explain the context of this threat: ---
--- In 2012, ▮▮▮▮ . ---
--- ▮▮▮▮

Case 1:24-mc-00035-LLA   Document 31-1   Filed 01/20/26   Page 5 of 13

Contd. Report No. ████████..... of 08/09/2023        COMPLAINT        Page 3 / 5



--- ████████████████ and at the same time two American journalists, JAMES WRIGHT FOLEY and STEVEN SOTLOFF, were kidnapped in SYRIA by ████████████████████████████ ---
--- A friend in ████████████████████████
--- ████ ████████████████████████████████.---
--- ████████████████████████████████
████████████████ --
--- ████████████████████████████████████.
--- The evidence that was in the bag that was stolen from me served to demonstrate that ████████ ████████████████
████████████████████████████████████
--- The trial for the death of STEVEN SOTLOFF began a month ago in the UNITED STATES and for about 20 days I have been receiving calls from blocked numbers on my cell phone (number: ████████) telling me that I am going to die soon, that I am an infidel because I am helping the journalist SOTLOFF who was of Jewish faith and that I am working against the Islamic states (they don't clearly say that it is ISIS but I sense the connection with the religion).---
---I also received voice messages via WHATSAPP from an IRAQI number, namely ████████, which I don't know, in which I am accused of working against QATAR, against all Islamic countries and that I am an infidel,--
---I would like to specify that the profile picture for this number on WHATSAPP is a logo connected with the Islamic religion, ---
--- I am providing you with a photograph of this logo (VIEWED AND ATTACHED), ---
--- I also wish to specify that I am the target of these threats, as well as my family, ████████████████
- **REGARDING THE PERPETRATORS:** ---
--- I have no suspicion as to the identity of the perpetrator(s) of these acts. ---
- **REGARDING THE VICTIM'S RIGHTS:** ---
--- I am filing a complaint against any person that the investigation may identify. ---
--- I acknowledge that, in accordance with the provisions of Article 15-3, paragraph 2 of the Code of Criminal Procedure, you are providing me with an acknowledgment of receipt of this statement and, at my request, a copy of this official report of the filing of a complaint. ---
--- I acknowledge that I will only be notified of the outcome of the investigation in the event of a positive result. ---
--- You are informing me of the provisions of Article 10-2 of the Code of Criminal Procedure, namely the right: ---
--- To obtain compensation for my damages, either through monetary compensation or by any other appropriate means, including, if applicable, a measure of restorative justice; ---
--- To join the proceedings as a civil party, either in the context of putting into

Case 1:24-mc-00035-LLA    Document 31-1    Filed 01/20/26    Page 6 of 13

Contd. Report No. ███████..... of 08/09/2023          COMPLAINT          Page 4 / 5

motion the public prosecution by the public prosecutor's office, either by way of a direct summons of the perpetrator before the competent court or a complaint filed before the investigating judge;---

---To be, if I wish to become a civil party, assisted by a lawyer whom I can choose or who, at my request, is appointed by the president of the bar association of the competent court, the costs being at my expense unless I meet the conditions for access to legal aid or if I benefit from legal protection insurance;---

---To be assisted by a service under the authority of one or more public authorities or by an association contracted to assist victims;---

---To refer the matter, if applicable, to the compensation commission for victims of crime, when it concerns an offense mentioned in Articles 706-3 or 706-14 of this code;---

---To be informed about the protective measures from which I can benefit, in particular the protection orders provided for in Title XIV of Book 1 of the Civil Code. I am also informed of the penalties incurred by the perpetrators of this violence and the conditions for the carrying out of any convictions that may be pronounced; ---

---If I do not understand the French language, to benefit from an interpreter and a translation of the information essential to the exercise of my rights;

---In the case of being a minor, to be accompanied, at my request, at all stages of the proceeding, by a legal representative or by the adult of my choice, unless otherwise decided by the competent judicial authority;---

---To declare the address of a third party as my residence, subject to their express agreement.---

---I acknowledge that you are providing me with information regarding free legal consultations at the Paris Courthouse, in the mornings, telephone: 01 44 32 49 01, as well as the contact details of the victim support office located at the Courthouse (Shopping Arcade, opposite the staircase of the Cour du Mai, ground floor, door 1K-20), 10 boulevard du Palais 75001 Paris. Open Monday to Friday from 9 am to 12 pm and from 1 pm to 6 pm; telephone: a toll-free number: 0800 17 89 05; a landline number: 01.44.32.77.08; email address: bav.tgi-paris@justice.fr, ---

---I understand that it is also possible to contact the Paris Victim Support association (South Paris branch, 13th arrondissement, telephone: 01 45 88 18 00, email:
contact13@pav75.fr) or (North Paris branch, 17th Arrondissement, telephone: 01 53 06 83 50, email:
contact17@pav75.fr).---

---I have nothing further to add.---

---After reading the document through the interpreter, ███████ confirms and signs this official report with us.---

| Contd. Report No. ▮▮▮▮▮ ..... of 08/09/2023 | COMPLAINT | Page 5 / 5 |

| VICTIM | TRANSLATOR | THE APJ |
|---|---|---|
| [signature] | [signature] | [signature] |
| ▮▮▮▮▮ | ▮▮▮▮▮ | CHOEUR STEPHANIE |

[seal:] POLICE PREFECTURE OF PARIS [illegible]

---Furthermore,---
---We will provide the victim with the victim's rights information form, a receipt for their Complaint, and a copy of this Report.---
---In witness whereof.---

RÉPUBLIQUE FRANÇAISE
MINISTÈRE DE L'INTÉRIEUR, DE L'OUTRE-MER ET
DES COLLECTIVITÉS TERRITORIALES
DIRECTION GENERALE DE LA
POLICE NATIONALE
PREFECTURE DE POLICE DE
PARIS

CSP DU 08EME
ARRONDISSEMENT DE PARIS
DTSP75
1, AVENUE GENERAL
EISENHOWER
75008 PARIS
Tel : 3430
Fax : 01 42 26 90 02
Code INSEE :

F - VICTIME/DECLARANT

# COMPTE RENDU
# D'INFRACTION
# INITIAL

PV n° ▓▓▓▓▓▓▓▓

**VICTIME** Monsieur
né le ▓▓▓ à DAMAS (SYRIE) de nationalité SYRIENNE, ▓▓▓▓▓
Deme     t :
Téléphone domicile : ▓▓▓▓
Communication électronique demandée : NON

**Préjudice** Butin :          Dégâts : A Evaluer          Préjudice :
**INFRACTION(S)** VOL A LA ROULOTTE (7871F)
MENACE DE MORT REITEREE (7900)

**FAIT**
Date/Lieu       Le 08/08/2023 entre 19:05 et 19:30 (MARDI)

Précisions : En face du numéro ▓▓▓▓▓
Nature du lieu : VOIE PUBLIQU

Véhicule        VOITURE PARTICULIERE, de marque ▓▓ modèle ▓ de couleur ▓▓▓, immatriculé
                ▓▓▓ en FRANCE

Personnes
remarquées
Manière d'opérer
Mobile

**OBJET :**   Document(s) : 1, Objet(s) multimédia : 2, Lot(s) disparate(s) : 1.
--- Document(s) : 1 "TITRE DE VOYAGE POUR REFUGIE", qualifiant : VOLE, nationalité du
document : SYRIENNE, Numéro : ▓▓▓ au nom de ▓▓▓ né(e) le ▓▓▓ à
DAMAS (SYRIE), demeurant ▓▓▓
▓▓▓ délivré(e) le
--- Objet(s) multimédia : 1 "ORDINATEUR PORTABLE", qualifiant : VOLE, Marque : APPLE, Modèle
: MAC BOOK, Numéro :
--- Objet(s) multimédia : 1 "DISQUE DUR", qualifiant : VOLE, Marque : FUDJI
--- Lot(s) disparate(s) : VOLE, Précisions : DOCUMENTS PAPIERS

P. V. : n° ▓▓▓▓

Affaire contre X

Pièces jointes :
Scellés : non

Transmis à Monsieur le Procureur de
la République de Paris
Servane LAGEZE
COMMISSAIRE DE POLICE
Le :

# PROCES-VERBAL

L'an deux mil vingt trois,
Le neuf août, à treize heures quarante trois

Nous, STEPHANIE CHOEUR
GARDIEN DE LA PAIX
En fonction Commissariat Central Paris 08

AGENT DE POLICE JUDICIAIRE en résidence à Paris 08

---Étant au service,---
---Agissant conformément aux instructions permanentes reçues de Madame
KOIRAN Alice, Commissaire de Police, chargé du SAIP 08, Officier de
Police Judiciaire territorialement compétent,---
---Constatons que se présente à nous la personne ci-dessus dénommée qui

Suite PV n° ▮ du 09/08/2023    PLAINTE    Page 2 / 5

nous déclare avoir été victime de vol à la roulotte et menace de mort réitérée dans les circonstances de lieu et de temps précitées, accompagné par monsieur ▮ né le ▮ à ▮ domicilié ▮ téléphone : ▮ ---

--- Dès lors, agissant en enquête de flagrance, ---
--- Vu les articles 53 et suivants du Code de Procédure Pénale, ---
--- Entendons monsieur ▮ qui nous déclare : ---

**— SUR LES FAITS :** ---

---"Afin d'effectuer ce dépôt de plainte, je suis accompagné par mon ami, ▮ qui assure la traduction, ---

--- Hier, le 08 août 2023, vers 11H00 du matin, j'ai stationné mon véhicule de marque ▮ modèle ▮ immatriculé ▮ en face du 48 rue de Lisbonne à PARIS 08, sur un stationnement réservé aux handicapés, le temps que je me rende à une réunion au cabinet d'avocat ▮ situé ▮ ---

--- Je précise que je me suis rendu dans ce cabinet pour apporter des preuves pour un procès qui vient de s'ouvrir aux ETATS-UNIS (WASHINGTON) il y a environ un mois, dans lequel je serai convoqué fin 2023 en qualité de témoin concernant la mort d'un journaliste Américain, à savoir STEVEN SOTLOFF, ---

--- Les preuves dont je fais mention étaient dans mon sac, il s'agit de documents avec des coordonnées personnelles de deux témoins qui se rendront également à ce procès, ainsi que mon ordinateur portable de marque APPLE, modèle MACBOOK, numéro de série : ▮ et un disque dur externe (numéro de série ignoré), ---

--- A l'issue de cette réunion, vers 19H05, je me suis rendu à ma voiture, j'étais accompagné par un ami, monsieur ▮ né le ▮ à ▮, domicilié ▮ numéro de téléphone : ▮, également témoin dans ce procès, ---

--- J'ai déposé le sac sur le siège arrière côté conducteur car j'allais raccompagner mon ami à pieds à ▮ hôtel (▮ et je ne voulais pas marcher dans la rue avec, ---

--- Finalement sur le chemin, nous avons décidé de nous rendre à mon bureau situé ▮ pour rencontrer un ami en commun, donc nous sommes retournés au niveau de la voiture, ---

--- Environ 25 minutes plus tard, lorsque nous sommes arrivés à la voiture, j'ai constaté que la porte avant côté passager avait été forcée, et que le sac contenant les affaires pré citées n'était plus là, ---

--- Je précise que le sac contenait également mon titre de voyage pour réfugié, ---

--- Je me suis dit que je l'avais peut-être rangé dans le coffre de la voiture, j'ai donc été l'ouvrir et la j'ai vu un mot laissé au milieu avec écrit en langue arabe l'équivalent en Français de "fais attention", ---

--- Je vous remets une photo de ce mot (VUE ET ANNEXEE), ---
--- Je souhaite vous préciser le contexte de cette menace : ---
--- En 2012, ▮



--- ▮▮▮ et à cette même période deux journalistes Américains, JAMES WRIGHT FOLEY et STEVEN SOTLOFF, ont été kidnappés en SYRIE par ▮▮▮

--- Un ami des ▮▮▮

--- Les preuves qui se trouvaient dans le sac qui m'a été volé servaient à démontrer que ▮▮▮

--- Le procès pour la mort de STEVEN SOTLOFF a débuté il y a un mois aux ETATS-UNIS et depuis environ 20 jours je reçois des appels de numéros masqués sur mon portable (numéro : ▮▮▮ qui me disent que je vais mourir prochainement, que je suis un infidèle car j'aide le journaliste SOTLOFF qui était de confession Juive et que je travaille contre les états Islamiques (ils ne disent pas clairement qu'il s'agit de DAESH mais je sens le lien avec la religion), ---

---J'ai également reçu des messages vocaux via WHATSAPP d'un numéro IRAKIEN, à savoir ▮▮▮, que je connais pas, où je suis accusé de travailler contre le QATAR, contre l'ensemble des pays Islamiques et que je suis un infidèle,---

--- Je précise que la photo de profil de ce numéro sur WHATSAPP est un logo en lien avec la religion Islamique, ---

--- Je vous remets une photo de ce logo (VUE ET ANNEXEE), ---

--- Je souhaite également préciser que je suis visé par ces menaces mais également ma famille, ▮▮▮ --

— SUR LES AUTEURS : ---

---Je n'ai aucun soupçon sur le ou les auteurs des faits.---

— SUR LES DROITS DE LA VICTIME : ---

---Je dépose plainte contre toute personne que l'enquête permettra d'identifier.---

---Je prends acte que conformément aux dispositions de l'article 15-3 alinéa 2 du code de procédure pénale, vous me remettez un récépissé de déclaration et, à ma demande, une copie du présent procès-verbal de dépôt de plainte,---

---Je prends acte que je ne serai avisé(e) des suites de l'enquête qu'en cas de recherche positive,---

---Vous m'informez des dispositions de l'article 10-2 du Code de Procédure Pénale, à savoir le droit:---

---D'obtenir la réparation de mon préjudice, par l'indemnisation de celui-ci ou par tout autre moyen adapté, y compris, s'il a lieu une mesure de justice restaurative ; ---

---De me constituer partie civile soit dans le cadre d'une mise en mouvement

de l'action publique par le parquet soit par la voie d'une citation directe de l'auteur des faits devant la juridiction compétente ou d'une plainte portée devant le juge d'instruction ; ---
---D'être, si je souhaite me constituer partie civile, assisté(e) d'un avocat que je peux choisir ou qui, à ma demande, est désigné par le bâtonnier de l'ordre des avocats près la juridiction compétente, les frais étant à ma charge sauf si je remplis les conditions d'accès à l'aide juridictionnelle ou si je bénéficie d'une assurance de protection juridique ; ---
---D'être aidé par un service relevant d'une ou de plusieurs collectivités publiques ou par une association conventionnée aux victimes ; ---
---De saisir, le cas échéant, la commission d'indemnisation des victimes d'infraction, lorsqu'il s'agit d'une infraction mentionnée aux articles 706-3 ou 706-14 du présent code ;
---D'être informé(e) sur les mesures de protection dont je peux bénéficier, notamment les ordonnances de protection prévues au titre XIV du livre I$^{er}$ du code civil. Je suis également informée des peines encourues par les auteurs des violences et des conditions d'exécution éventuelles condamnations qui pourraient être prononcées ; ---
---Si je ne comprends pas la langue française, de bénéficier d'un interprète et d'une traduction des informations indispensables à l'exercice de mes droits ;
---En cas de minorité, d'être accompagné(e), à ma demande, à tous les stades de la procédure, par un représentant légal ou par la personne majeure de mon choix, sauf décision contraire motivée prise par l'autorité judiciaire compétente ; ---
---De déclarer comme domicile l'adresse d'un tiers, sous réserve de l'accord exprès de celui-ci.---
---Je prends acte que vous me communiquez les renseignements relatifs aux consultations gratuites d'avocats au Palais de Justice de Paris, en matinée, téléphone : 01 44 32 49 01 ainsi que les coordonnées du bureau d'aide aux victimes situé au Palais de Justice (Galerie marchande, face à l'escalier de la cour du mai, rez-de-chaussée, porte 1K-20), 10 boulevard du Palais 75001 Paris. Permanence du lundi au vendredi de 9h à 12h et de 13h à 18h ; téléphone : un numéro vert : 0800 17 89 05 ; un numéro fixe : 01.44.32.77.08 ; adresse électronique bav.tgi-paris@justice.fr, ---
---Je prends connaissance qu'il est également possible de contacter l'association Paris aide aux victimes (antenne sud Paris 13$^e$, téléphone : 01 45 88 18 00, courriel :

contact13@pav75.fr) ou (antenne nord Paris 17$^e$, téléphone : 01 53 06 83 50, courriel ;

contact17@pav75.fr).---
---Je n'ai rien d'autre à ajouter ".---
---Après lecture faite par le truchement de l'interprète ▮
▮ persiste et signe avec nous le présent procès verb



Suite PV n° ▮▮▮▮ du 09/08/2023                    PLAINTE                    Page 5 / 5

| VICTIME | TRADUCTEUR | L'APJ |



CHOEUR STEPHANIE

---De même suite,---
---Remettons à la victime le formulaire d'information des droits des victimes, un récépissé de sa plainte et la copie du présent procès-verbal.---
---Dont acte.---