# EXHIBIT B

هذا تنبيه

هذا تنبيه