# EXHIBIT C

Mona SABRY
21 chemin de la Butte
78620 l'Etang-la-Ville
France
mksabry@gmail.com

## TRANSLATOR AFFIDAVIT

I, Mona Sabry, of 21 Chemin de la Butte, 78620 l'Etang-la-Ville, France, am a qualified, professional translator for the Arabic and English languages. My qualifications include GCE American School of Cairo; B.SC Cairo University, Egypt; Post-Graduate Diploma The Open University, UK.

I herewith certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached transcription.

_[signature]_
Signature

Mona SABRY
Name

Dec. 19, 2025
Date

VU POUR LÉGALISATION
De la signature de Mme Mona SABRY
L'Étang-la-Ville, le 19/12/2025
Pour le Maire, l'agent municipal délégué
S. BARBIZE

**Translation of Clip – Dec. 10, 2025**

| Time Stamp | Speaker | Transcription (Arabic) | Translation (English) |
| --- | --- | --- | --- |
| Message 1 - 00:01-00:11 | Unidentified Speaker | شوف يا ▮ - بدي أحكي معك كلمتين، وبدي إياك تفهمني كثير منيح.<br><br>واعتبرها نصيحة افهمها مثل ما بدك، مثل ما بدك تفهمها افهمها. | Look, ▮, I want to have a word with you and I want you to understand me real well.<br>Consider it a piece of advice, consider it whatever you like. Understand it any way you wish to understand it. |
| Message 2 - 00:12-00:35 | Unidentified Speaker | يا ▮ حكى معي اليوم ▮ ▮ بشان قصة المحكمة وزيتلوف. وقالي أن ▮ من قطر اتصل فيني وقال أن ▮ ما عاد قتال. لذلك ما تقعد عاقل ولا لأ؟ | ▮, ▮ ▮ talked to me today about the affair of the court and Zitzloff. He said that ▮ from Qatar called him and said that ▮, there's no point in fighting anymore. So, are you going to be reasonable or not? Let me know! |
| Message 3 - 00:36-00:48 | Unidentified Speaker | خيو .. بكرة بدك رك. خيو كلام، اعتبره نصيحة، اعتبره تهديد.. مثل ما بدك تعتبره .. اعتبره. وأعلى ما بخيلك إركبه. | Bro, tomorrow you'll have to hurry. Bro, these words, consider them a piece of advice, consider them a threat. Consider them whatever you want. Do what you will. |
| Message 4 - 00:49-01:02 | Unidentified Speaker | يا ▮. إنت اليوم عندك واحد من خيارين. يا إما بتاخدلك قرشين وبتنسى الموضوع، وخيو لا تدخل حالك بلعب الكبار..لا تدخل حالك | ▮, today you have one of two options. Either you take some money and forget about the subject. And, Bro, don't put yourself in the "court of the big boys." Don't interfere. |
| Message 5 - 01:03-01:14 | Unidentified Speaker | يا زلمة – شو شعورك أنت لما بتوقف مع عائلة واحد فطيسي يهودي أميركي ضد بلد مسلم. والله أمرك عجيب. والله أمرك عجيب يازلمة. | Hey man, how do you feel when you side with the family of a stinking American Jewish pig against a Muslim country. You're a strange guy. |

**Translation of Clip – Dec. 10, 2025**

| | | | |
|---|---|---|---|
| | | | Honestly, Man, you're one strange guy. |
| Message 6 - 01:16-01:30 | Unidentified Speaker | يا ▮ – قصة هدا الخنزير اليهودي الأميركي زيتلوف – بدك تشيلها من راسك لأن ما نتقتل، والله ما نتقتل. إنت ما حدن طلب منك توقف مع عائلة زيتلوف. | ▮, the story of this American Jewish pig Zitzloff – you need to take it out of your head. Let's not kill ourselves over it [it is not worth it]; by God let's not kill ourselves over it. Noone asked you to side with the family of Zitzloff |
| Message 7 - 01:31-01:52 | Unidentified Speaker | فاليوم نصيحة لوجه الله تعالى..خُد لك قرشين وسده لبوزك وانسى الموضوع. واسلم بروحك وروح ولادك. والله ترى الجماعة مراقبينك وكاشفينك وعارفين كل تحركاتك. والله حقّك طلقة.. حقّك طلقة | So today, a piece of advice for the love of God. Take some money and shut your mouth and forget about the subject. Save yourself and save your children. By God, you'll see the guys are watching you and unmasking you. They know all your movements. By God, you're worth a bullet…you're worth a bullet. |
| Message 8 - 01:53-02:08 | Unidentified Speaker | خيو –يا إما بدك تتأزم وتروح بين الرجلين، والله وبتعرف انت الجماعة قادرين لك وبيوصلولك وين ما كنت تكون.<br><br>وانت بتعرف أن القول فعل يعني. | Bro, either you want trouble and to get trodden over. By God, you know the guys can reach you wherever you are.<br>You know they mean what they say. |
| Message 9 - 02:09-02:20 | Unidentified Speaker | خيو – فيه جماعة بدهم يحلوها معك. يعنى سواءً برضاك .. غصبن عنك. شلون ما بدك تفهمها افهمها. | Bro, some people want to sort it out with you. Whether you like it or not. Understand it whichever way you want to understand it. |