**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr>
<td>IN RE APPLICATION OF QATAR NATIONAL BANK (Q.P.S.C.) AND QATAR CHARITY FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782</td>
<td>No. 1:24-mc-00035-LLA</td>
</tr>
</table>

**RESPONDENT PERLES LAW FIRM, P.C.'S**
**MOTION FOR PROTECTIVE ORDER UNDER FED. R. CIV. P. 26**

Pursuant to Federal Rule of Civil Procedure 26(c)(1), Respondent Perles Law Firm, P.C. ("Perles") respectfully moves for the entry of its proposed protective order, which is attached as Exhibit A to the Declaration of Robert F. Serio.  In support of this Motion, Perles respectfully submits the attached Memorandum of Law.

Dated: March 19, 2026

Respectfully Submitted,

*/s/ Robert F. Serio*
Robert L. Weigel (*pro hac vice*)
Robert F. Serio (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166
Telephone: (212) 351-4000
rweigel@gibsondunn.com
rserio@gibsondunn.com

*Counsel for Respondent Perles Law Firm, P.C.*