**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF QATAR NATIONAL BANK (Q.P.S.C.) AND QATAR CHARITY FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | No. 1:24-mc-00035-LLA |

**DECLARATION OF ROBERT F. SERIO IN SUPPORT OF
RESPONDENT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER**

I, Robert F. Serio, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury, that the following is true and correct:

1.      I am an attorney licensed to practice law in the State of New York and am appearing *pro hac vice* before this Court in the above-captioned matter.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Respondent Perles Law Firm, P.C. ("Perles") in this matter.  I submit this Declaration in the above-captioned matter in support of Perles's Motion for Entry of a Protective Order, pursuant to Federal Rule of Civil Procedure 26.

2.      Attached as Exhibit A to this Declaration is the protective order proposed by Perles ("Perles's Proposed Protective Order"), which was emailed to counsel for Petitioners Qatar National Bank (Q.P.S.C.) and Qatar Charity ("Petitioners") on March 18, 2026.[1]

3.      Attached as Exhibit B to this Declaration is the protective order proposed by Petitioners ("Petitioners' Proposed Protective Order"), which was emailed to counsel for Perles on March 13, 2026.

---

[1] On January 20, 2026, Perles previously filed a prior version of its proposed protective order, which was attached as an exhibit to the Declaration of Steven Perles in Support of Perles's Opposition to Petitioners' Motion to Compel (ECF No. 30-33).  However, in preparation of the instant motion and in response to recent meet and confers with Petitioners' counsel, Perles has made additional edits to its proposed protective order.  Accordingly, Exhibit A represents the current and final version of the protective order proposed by Perles.

2

4.      Attached as Exhibit C to this Declaration is a redline comparing Perles's Proposed

Protective Order and Petitioners' Proposed Protective Order.


Executed on this 19th day of March 2026 in New York, New York

                                                    */s/ Robert F. Serio*
                                                    Robert F. Serio