**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF QATAR NATIONAL BANK (Q.P.S.C.) AND QATAR CHARITY FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | No. 1:24−mc−00035−LLA |

**JOINT STATUS REPORT PURSUANT TO COURT'S JULY 22, 2026 AND AUGUST 5, 2026 ORDERS**

Pursuant to this Court's July 22, 2026 Order and August 5, 2026 Order (collectively, the "Orders"), Petitioners Qatar National Bank (Q.P.S.C.) ("QNB") and Qatar Charity ("QC") (collectively, "Petitioners") and Respondent Perles Law Firm, P.C. ("Perles") hereby submit this Joint Status Report to provide the Court with "specific descriptions of all contested witnesses whom [Perles] has deemed Perles's Support Personnel in its objections to the motion to compel."[1] The Parties met and conferred regarding the submission of this Joint Status Report on July 31, 2026, August 5, 2026, and August 10, 2026. Perles identifies the following twelve Support Personnel and provides descriptions as follows:[2]

**A.B.**:

"A.B." is a translation professional with a specialization in Turkish language who is employed with a commercial translation company, and who was involved in the translation of the Purported Transfer Record.

[1] Capitalized terms not otherwise defined herein shall have the same meaning as in the Parties' prior briefing concerning Petitioners' pending Motion to Compel.

[2] For the purposes of this Joint Status Report and the forthcoming declarations, Perles has anonymized the names of these individuals with random initials. The anonymized monikers used for each of these individuals are consistent with those used in the declarations that will be submitted by Perles, pursuant to the Orders.

**C.D.**:

"C.D." is a translation professional with a specialization in Arabic language who works at and owns a commercial translation company, and who was involved in the translation of the Purported Transfer Record.

**E.F.**:

"E.F." is a translation professional with a specialization in Turkish language who provides translation services, via the translator identified as "C.D.," and who was involved in the translation of the Purported Transfer Record.

**G.H.**:

"G.H." is a security, counter-terrorism, and intelligence expert who works as a consultant with a variety of individuals and institutions facing sensitive, terrorism-related issues. G.H. is also a retired Armed Forces Officer with a background in special operations and intelligence services. G.H. was present during an interview of the Anonymous Source.

**I.J.**:

"I.J." is a financial transactions expert who specializes in risk management, regulatory compliance, and security issues with whom Perles consulted.

**K.L**:

"K.L." is an expert on terrorist organizations, including the Islamic State of Iraq and Syria ("ISIS"), with whom Perles consulted.

**M.N.**:

"M.N." is a corporate intelligence expert specializing in financial transactions with whom Perles consulted.

**<u>O.P.</u>**:

"O.P." is a financial expert specializing in financial regulation, anti-money laundering and countering terrorism financing with whom Perles consulted.

**<u>Q.R.</u>**:

"Q.R." is a financial expert specializing in financial crime compliance and data privacy and protection with whom Perles consulted, via the expert identified as "O.P."

**<u>S.T.</u>**:

"S.T." is a Turkish affairs expert specializing in anti-money laundering and countering terrorism financing with whom Perles consulted.

**<u>U.V.</u>**:

"U.V." is a is a Middle East security expert with whom Perles consulted.

**<u>W.X.</u>**:

"W.X." is a government relations expert with whom Perles consulted.

* * *

Though there is substantial overlap, the Parties were not able to come to complete agreement on which of the Support Personnel listed above should appear on this Joint Status Report as "contested" Support Personnel, but will each submit separately filed statements as to their respective arguments as to why each of these Support Personnel should or should not be listed.

For the avoidance of doubt, the distinct individuals whose identities Perles has already agreed with Petitioners to produce, subject to the entry of an appropriate protective order by this Court, include: (i) the Anonymous Source and the Translator; (ii) the Foreign Attorney; (iii) a financial expert, whom Perles previously referenced to Petitioners in the Sotloff Action; (iv) certain federal prosecutors from the Eastern District of Virginia; and (v) certain attorneys from the

law firm Fleischman Bonner & Rocco LLP, whom Perles previously referenced to Petitioners in the Sotloff Action.[3] The disclosure of these individuals' identities, subject to the entry of an appropriate protective order, is not in dispute.

Dated: August 11, 2026

Respectfully Submitted,

*/s/ Robert F. Serio*
Robert L. Weigel (*pro hac vice*)
Robert F. Serio (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166
Telephone: (212) 351-4000
rweigel@gibsondunn.com
rserio@gibsondunn.com

*Counsel for Respondent Perles Law Firm, P.C.*

*/s/ Douglas H. Hallward-Driemeier*
Douglas H. Hallward-Driemeier
(D.C. Bar No. 994052)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel: (202) 508-4776
douglas.hallward-driemeier@ropesgray.com

Michael G. McGovern (*pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 596-9000
michael.mcgovern@ropesgray.com

*Counsel for Petitioner Qatar National Bank (Q.P.S.C.)*

[3] These individuals are those referred to in the Court's July 22, 2026 Order as "a former AUSA and other attorneys who interviewed the Anonymous Source."

John M. Hillebrecht (*pro hac vice*)
Kevin Walsh (*pro hac vice*)
Jessica A. Masella (*pro hac vice*)
Michael G. Lewis (*pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 335-4500
john.hillebrecht@us.dlapiper.com
kevin.walsh@us.dlapiper.com
jessica.masella@us.dlapiper.com
michael.lewis@us.dlapiper.com

*Counsel for Petitioner Qatar Charity*