**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF QATAR NATIONAL BANK (Q.P.S.C.) AND QATAR CHARITY FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:24-mc-00035-LLA |

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Qatar Charity.

Dated: August 12, 2026

Respectfully submitted,

*/s/ Alice Adu Gyamfi*
Alice Adu Gyamfi (DC Bar No. 90002695)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
(212) 335-4500
(212) 335-4501 (Fax)
alice.gyamfi@us.dlapiper.com

**CERTIFICATE OF SERVICE**

I hereby certify on this 12th day of August 2026, a true and correct copy of the foregoing document was served on all counsel of record via ECF.

*/s/ Alice Adu Gyamfi*
Alice Adu Gyamfi