# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF QATAR NATIONAL BANK (Q.P.S.C.) AND QATAR CHARITY FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:24-mc-00035-LLA |

**DECLARATION OF KEVIN WALSH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

In accordance with LCvR 83.2(c)(2) and LCvR 44.1(c)(2), I, Kevin Walsh, hereby declare as follows:

1. I am counsel for petitioner Qatar Charity in the above-captioned action.

2. I am a partner with the law firm of DLA Piper LLP (US). My office address is 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-1104. My phone number is (212) 335-4571.

3. I am admitted, practicing, and a member in good standing of the State Bar of New York and my bar number is 1748144.

4. I have not been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body.

5. I have not had any such proceedings instituted against me before any such body.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of September, 2026 in New York, NY.

Dated: September 23, 2026

Respectfully submitted,

______________

Kevin Walsh
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
(212) 335-4571
(212) 335-4501 (Fax)
kevin.walsh@us.dlapiper.com