**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF QATAR NATIONAL BANK (Q.P.S.C.) AND QATAR CHARITY FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782<br><br>O | Case No. 1:24-mc-00035-LLA |

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF KEVIN WALSH**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Kevin Walsh, and the Declaration of Kevin Walsh submitted in support of the Motion;

**IT IS HEREBY ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED.

Dated: ______________________________ ______________________________
Hon. Loren L. AliKhan
United States District Judge